[This decision has been published in *Ohio Official Reports* at 91 Ohio St.3d 377.]

THE STATE EX REL. U-BRAND CORPORATION, INC., APPELLANT, *v*. WOOD ET AL., APPELLEES.

[Cite as *State ex rel. U-Brand Corp. v. Wood*, 2001-Ohio-40.]

*Workers' compensation—Court of appeals' judgment affirmed.*

(No. 00-1136—Submitted February 27, 2001—Decided April 25, 2001.)

APPEAL from the Court of Appeals for Franklin County, No. 99AP-425.

————————————

{¶ 1} The judgment of the court of appeals is affirmed consistent with the opinion of the court of appeals.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

————————————

*Scott, Scriven & Wahoff, L.L.P., Timothy E. Cowans* and *Richard Goldberg*, for appellant.

*Stephen E. Mindzak; Donaldson Law Offices, L.P.A.,* and *John D. Donaldson*, for appellee Lloyd Wood.

*Betty D. Montgomery*, Attorney General, and *Dennis L. Hufstader,* Assistant Attorney General, for appellee Industrial Commission of Ohio.

————————————